[No. 20193-3-II.   Division Two.   February 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH T. SCHUMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-1-00941-2, Christine A. Pomeroy, J., entered December 13, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 14642-1-III.   Division Three.   February 11, 1997.]

INTERSTATE PRODUCTION CREDIT ASSOCIATION, *Respondent*, v. NEIL J. FUCHS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whitman County, No. 29957, Wallis W. Friel, J., entered December 30, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 14699-5-III.   Division Three.   February 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD LEE JUDD, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 90-1-00098-7, Fred L. Stewart, J., entered February 22, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 14748-7-III.   Division Three.   February 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOANNE RACHAEL JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-00430-2, Robert H. Whaley, J., entered March 7, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.